No. 98–1739.  WOODFORD, ACTING WARDEN *v.* CARO.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.

No. 98–1742.  EDWARDS, WARDEN *v.* HERRINGTON.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 98–1783.  FREEMAN ET VIR *v.* SIMON ET AL.  App. Ct. Mass.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.